**Robert FROST, Jr., Plaintiff–Appellant,**

v.

**James LEE, Jr.; McLeod Regional Medical Center, each in their individual and official capacity, Defendants–Appellees.**

No. 02–6694.

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 1, 2002.

Robert Frost, Jr., Appellant Pro Se. Arthur Edward Justice, Jr., Turner, Padgett, Graham & Laney, P.A., Florence, South Carolina, for Appellees.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Robert Frost appeals the district court's order denying several discovery motions. We dismiss the appeal for lack of jurisdiction, because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order. We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*